# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **KEITH LEE, aka BRIAN KEITH LEE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | **CASE NO. CIV-14-1254-L** |
| | § | |
| **STATE FARM FIRE AND CASUALTY COMPANY,** an insurance company doing business in Oklahoma, and **DANNY GRISSOM**, an individual, | § § § § § | |
| | § | |
| Defendants. | § | **JURY DEMANDED** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff, Keith Lee, aka Brian Keith Lee, by and through his attorney of record, and Defendant, State Farm Fire and Casualty Company, file this Stipulation of Dismissal With Prejudice because all matters in controversy have been resolved between the parties.

/s/ Joe B. Lawter
*(signed by filing attorney with permission)*
Mr. Joe B. Lawter, OBA #10372
ATTORNEY AT LAW
104 W. Gray Street
Norman, Oklahoma 73069
Telephone:   405/321-0760
Facsimile:   405/329-5949
**ATTORNEYS FOR PLAINTIFF**

AND

/s/ Benjamin G. Kemble
David V. Jones, OBA #19611
Benjamin G. Kemble, OBA #21006
JONES ANDREWS & ORTIZ
21 E. Main Street, Ste. 101
Oklahoma City, OK 73104
Telephone:   405/601-8713
Facsimile:   405/232-8330
Email:   dvj@jao-law.com
         bkemble@jao-law.com
**ATTORNEYS FOR DEFENDANT**